```
 1  GREGORY T. MURPHY
    California State Bar No. 245505
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, CA 92101-5008
    (619) 234-8467/Fax: (619) 687-2666
 4  E-Mail: gregory_murphy@fd.org

 5  Attorneys for Rodrigo Salgado-Salgado

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 SOUTHERN DISTRICT OF CALIFORNIA

10                (HONORABLE CATHY ANN BENCIVENGO)

11  UNITED STATES OF AMERICA,      )   Case No. 08MJ0004
                                   )
12          Plaintiff,              )
                                   )
13  v.                             )   CERTIFICATE OF SERVICE
                                   )
14  RODRIGO SALGADO-SALGADO,       )
                                   )
15          Defendant.              )
    _____    )
16

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18  information and belief, and that a copy of the foregoing document has been served this day upon:

19                        U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov
20

21                                 Respectfully submitted,

22

23  DATED:    January 7, 2008         /s/ Gregory T. Murphy
                                      GREGORY T. MURPHY
24                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Rodrigo Salgado-Salgado
25

26

27

28
```